Michael R. Reese (California State Bar No. 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

*(other counsel listed on signature page)*

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL GATOFF, individually and on behalf of all others similarly situated | Case No.: 24-cv-1868 |
| Plaintiff(s), | **NOTICE OF SETTLEMENT** |
| vs. | |
| BOAR'S HEAD PROVISIONS CO., INC., | |
| Defendant(s). | |

- 1 -
NOTICE OF SETTLEMENT

Plaintiff Sheryl Gatoff hereby provides the following notice of settlement.

The above-captioned action is one of many class actions filed against defendant Boar's Head Provisions Co., Inc. across the United States of America.

A settlement in principle for a nationwide class action settlement has been reached that would cover the claims in the above-referenced action (as well as the other class action actions).  It is anticipated that the above-captioned action will be dismissed once a consolidated complaint and motion for preliminary approval has been filed in the court in which these matters will be settled.

                              Respectfully submitted,

Dated: December 2, 2024      **REESE LLP**

*/s/ Michael R. Reese*
Michael R. Reese (Cal. SBN 206773)
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel: (212) 643-0500
*mreese@reesellp.com*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
Trenton R. Kashima (Cal. SBN No. 291405)
402 West Broadway St., Suite 1760
San Diego, California 92101
Tel: (619) 810-7047

*Counsel for Plaintiff and the Class*